UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL D'ANDRA MOORE, | ) | Case No. CV 06-5273 MMM(JC) |
| | ) | |
| Petitioner, | ) | (PROPOSED) JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| W.J. SULLIVAN, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

_____

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED:  February 18, 2011

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE